*see as*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

③

2-12-01

*sc*

| | | |
|---|---|---|
| VIVIENNE BRAMMER,<br>        Petitioner | : | |
| v. | : | Civil Action No. 1:CV-01-0231 |
| JOHN ASHCROFT, | : | |
|        United States Attorney General, | : | (Judge Kane) |
| and CHARLES ZEMSKI, | : | |
|        Acting District Director, | : | |
|        Immigration and Naturalization | : | |
|        Service, Philadelphia District, | : | |
|        Respondents | : | |

**FILED**
**HARRISBURG, PA**

FEB 9 - 2001

MARY E. D'ANDREA, CLERK
PER_____
        DEPUTY CLERK

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, Complaint For Declaratory and Injunctive Relief and for Temporary Restraining Order.  In the Petition it is clear that Petitioner is seeking a Temporary Restraining Order.  However, there is no motion before this Court for consideration.  If Petitioner is, in fact, seeking a TRO, she must file a motion requesting that relief, with a supporting brief as required by Local Rule 7.5.

With respect to the underlying merits of the pending habeas petition and complaint for declaratory and injunctive relief, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to serve a copy of the above-captioned Petition For Writ of Habeas Corpus on Respondents and the United States Attorney.

2. Within twenty (20) days of the date of this Order, Respondents shall respond to the allegations in the petition.

3. A determination whether Petitioner shall be produced for a hearing will be held in abeyance pending submission of a response.

4. Petitioner shall, if she so desires, file any reply to the response within fifteen (15) days of its filing.

_____
Yvette Kane
United States District Judge

Dated: February 9, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 8, 2001

Re:  1:01-cv-00231   Brammer v. Ashcroft

True and correct copies of the attached were
to the following:

Sandra L. Greene -, Esq.
140 Roosevelt Avenue
Suite 202
York, PA  17404

cc:
Judge                        (  )
Magistrate Judge             (  )
U.S. Marshal                 (  )
Probation                    (  )
U.S. Attorney                (  )
Atty. for Deft.              (  )
Defendant                    (  )
Warden                       (  )
Bureau of Prisons            (  )
Ct Reporter                  (  )
Ctroom Deputy                (  )
Orig-Security                (  )
Federal Public Defender      (  )
Summons Issued               (  )   with N/C attached
                                    U.S. Marshal (  )

Standard Order 93-5          (  )
Order to Show Cause          (  )   with Petition att
                              to:  US Atty Gen
                                   DA of County

Bankruptcy Court             (  )
Other_____         (  )

MARY E. D'ANDREA, Clerk

DATE:  _____2-9-01_____          BY:  _____
                                      Deputy Clerk

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provi

Postage        $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $        Postmark Here   2-9-01

Recipient's Name (Please Print Clearly) (To be completed by mailer)
D. Brasch  U.S. Atty
Street, Apt. No.; or PO Box No. 228 Walnut St
City, State, ZIP+4 Hbg  Pa 17108
PS Form 3800, February 2000       See Reverse for Instruct

Restricted Delivery
(Endorsement Required)
Total Postage & Fees   $
Recipient's Name (Please Print Clearly) (To be completed by mailer)
John Ashcroft
Street, Apt. No.; or PO Box No. P.O. Box 878 Ben Franklin Stat
City, State, ZIP+4 Wash DC 20044
PS Form 3800, February 2000       See Reverse for Instru

(endorsement Required)
Total Postage & Fees   $
Recipient's Name (Please Print Clearly) (To be completed by mailer)
Charles Zemski, Dist Dir
Street, Apt. No.; or PO Box No. 1600 Callowhill St. 6 Fl.
City, State, ZIP+4 Phila Pa 19130
PS Form 3800, February 2000       See Reverse for Instruct